# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 54 MM 2018
COURT OF COMMON PLEAS LUZERNE :
COUNTY, :
             :
             Respondent :
             :
             :
        v. :
             :
             :
RONALD LAMB, JR., :
             :
             Petitioner :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 27th day of June, 2018, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are GRANTED.  The Court of Common Pleas of Luzerne County is DIRECTED to adjudicate Petitioner's pending filing within 90 days.

       The Prothonotary is DIRECTED to serve this order on the President Judge of the Court of Common Pleas of Luzerne County.